IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEE BAKER                                                                                         PLAINTIFF

VS.                                         CASE NO: 14-CV-4104

JANA TALLANT; JAILER DEWANDA;
BRIAN COOK; HECTOR CRUZ;
JAILER SHAW; JAILER MISTY;
and SHELBY MILLER                                                                   DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed July 20, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 31). Judge Bryant recommends that the following motions be denied: Defendants Cruz, Dewanda, Shaw, and Tallant's Motion to Dismiss (ECF No. 12); Defendant Cook's Motion to Dismiss (ECF No. 22); and Defendant Miller's Motion to Dismiss (ECF No. 25).

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motions to Dismiss (ECF Nos. 12, 22, & 25) should be and hereby are **DENIED**.

IT IS SO ORDERED, this 7th day of August, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge