IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEE BAKER                                                                                         PLAINTIFF

V.                                      CIVIL NO. 4:14-cv-04104

JANA TALLANT, ET AL                                                                DEFENDANT

## **ORDER**

This is a civil rights action filed by Plaintiff, Lee Baker, pursuant to the provisions of 42 U.S.C. § 1983 case. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion for Settlement Conference. ECF No. 49.

This matter is set for a bench trial on August 22, 2016 in Texarkana, Arkansas. Plaintiff may contact counsel for Defendants at any time prior to the trial to discuss possible settlement.

Accordingly, Plaintiff's Motion for Settlement Conference (ECF No. 49) is **DENIED.**

**DATED this 24th day of May 2016**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE