IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEE BAKER                                                                                                           PLAINTIFF

V.                                             CIVIL NO. 4:14-cv-04104

JANA TALLANT, ET AL                                                                                      DEFENDANT

**ORDER**

This is a civil rights action filed by Plaintiff, Lee Baker, pursuant to the provisions of 42 U.S.C. § 1983 case. Plaintiff proceeds *pro se* and *in forma pauperis.* Plaintiff is currently incarcerated in the Arkansas Department of Correction ("ADC") – Ouachita River Unit in Malvern, Arkansas. This matter is set for a bench trial on August 22, 2016 in Texarkana, Arkansas.

Plaintiff submitted his proposed witness list to the Court on May 16, 2016. ECF No. 51. He identified a total of six witnesses all of whom are incarcerated. This Court determined the description of the testimony of each witness was duplicative and ordered Plaintiff to review his witness list and choose two to three individuals to testify at trial. ECF No. 56. Plaintiff submitted a revised witness list in response to the Order of this Court (ECF No. 56) on June 15, 2016. ECF No. 59.[1]

Because Plaintiff proceeds *in forma pauperis*, the Court will issue and serve all writs and subpoenas for Plaintiff's trial witnesses that it deems appropriate. In his revised witness list Plaintiff requests the Court to subpoena the following witnesses: Louis Richards (ADC inmate),

---

[1] The witness list references Case # 4:14-cv-460 – JM – JJV but then indicates the Case name as Lee Baker v. Jana Tallant, et al. The clerk filed the witness list in the instant case despite the reference to the incorrect case number.

1

Brandon Null (former ADC inmate transferred to Federal Bureau of Prisons – address unknown), Tiffany Cowart (friend of Plaintiff).

The Court will issue a writ for Louis Edward Richard to be brought to the trial in this matter by the Arkansas Department of Correction, Tucker Unit or to appear by video by separate order. The Court will issue a writ for Brandon Null to be brought to the trial in this matter by the Federal Correctional Institution or to appear by video by separate order.

The Court will issue a subpoena for Tiffany Cowart. The Clerk is **DIRECTED** to issue a subpoena for Tiffany Cowart, P.O. Box 721, 379 Hwy 70E, Glenwood, Arkansas 71943. The Clerk should serve the subpoena by certified mail return receipt requested.

**IT IS SO ORDERED** this 5th day of July 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge