IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEE BAKER                                                                                          PLAINTIFF

V.                                            CIVIL NO. 4:14-cv-04104

JANA TALLANT, et al                                                                          DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, all claims against Defendants Jana Tallant, Dawanda Schwope, Sean Scott, Hector Cortez, Brian Cook, and Shelbi Miller-Smith are dismissed, with prejudice, and Judgment for Defendants is hereby entered.

**DATED this 23rd day of March 2017.**

                                                 /s/ Susan O. Hickey
                                               Susan O. Hickey
                                               United States District Judge